**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METLIFE, INC.,<br>200 Park Avenue<br>New York, NY 10166<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL STABILITY OVERSIGHT<br>COUNCIL,<br>1500 Pennsylvania Avenue,<br>N.W. Washington, D.C. 20220<br><br>　　　　　Defendant. | Civil Action No. 15-45 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rules 7.1 and 26.1, the undersigned counsel of record for Plaintiff MetLife, Inc. hereby certifies that, to the best of my knowledge and belief, no parent companies, subsidiaries, or companies own at least 10% of the stock of MetLife, Inc., and the following are parent companies, subsidiaries, or affiliates of MetLife, Inc. that have outstanding securities in the hands of the public:

1. Administradora de Fondos de Pensiones Provida S.A.

2. Metropolitan Life Insurance Company

3. MetLife Insurance Company USA

4. MetLife Funding, Inc.

5. General American Life Insurance Company.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: January 13, 2015

/s/ Eugene Scalia
Eugene Scalia, SBN 447524
　*Counsel of Record*
EScalia@gibsondunn.com
Amir C. Tayrani (D.C. Bar No. 490994)
Ashley S. Boizelle (D.C. Bar No. 1010322)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Plaintiff MetLife, Inc.*