**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **METLIFE, INC.,**<br><br>        Plaintiff,<br>  v.<br><br>**FINANCIAL STABILITY OVERSIGHT COUNCIL,**<br><br>        Defendant. | Case No. 1:15–cv–45 (RMC) |

**PARTIES' FURTHER JOINT STATUS REPORT PURSUANT TO MARCH 23, 2015 MINUTE ORDER**

Pursuant to the Court's Minute Orders of March 6, 2015 and March 23, 2015, the Plaintiff MetLife, Inc. ("MetLife") and Defendant Financial Stability Oversight Council ("FSOC"), by and through undersigned counsel, submit this Further Joint Status Report, which supplements the Joint Status Report filed by the parties on March 20, 2015. The parties state as follows:

**FSOC's Statement**:

The Board of Governors of the Federal Reserve System (the "Board") and the Federal Deposit Insurance Corporation (the "FDIC"), pursuant to section 3(a)(4) of the Resolution Plan Rule, 12 CFR Part 243 (Board) and 12 CFR Part 381 (FDIC), have jointly determined that MetLife's deadline for filing an initial resolution plan is moved from July 1, 2016 to December 31, 2016, so that MetLife's initial resolution plan is now due to be filed on or before December 31, 2016. Consequently, as provided in the Resolution Plan Rule, MetLife's subsequent annual resolution plans will be due on or before December 31 of each year.

**MetLife's Statement:**

In light of the decision of the Board and FDIC to set a December 31, 2016 deadline for MetLife's initial resolution plan, MetLife reaffirms its consent to the proposed briefing schedule set forth in FSOC's Consent Motion for Extension of Time for Defendant to Respond to Complaint and Proposed Briefing Schedule, D.E. #11.  Because MetLife is also subject to other regulatory obligations as a result of its designation as a nonbank systemically important financial institution, it reserves the right to seek preliminary relief or other expedited consideration of its claims in the event that any of those other obligations proves to be unduly burdensome.

Dated: March 30, 2015                                      Respectfully submitted,

| | |
|---|---|
| */s/ Eugene Scalia* | |
| Eugene Scalia (D.C. Bar No. 447524) | BENJAMIN C. MIZER |
| Counsel of Record | Acting Assistant Attorney General |
| EScalia@gibsondunn.com | |
| Amir C. Tayrani (D.C. Bar No. 490994) | JOSEPH H. HUNT |
| Ashley S. Boizelle (D.C. Bar No. 1010322) | Director, Federal Programs Branch |
| GIBSON, DUNN & CRUTCHER, LLP | |
| 1050 Connecticut Avenue, NW | DIANE KELLEHER |
| Washington, DC  20036 | Assistant Branch Director |
| Telephone:  (202) 955-8500 | Federal Programs Branch |
| Facsimile: (202) 467-0539 | |
| *Counsel for Plaintiff MetLife, Inc.* | */s/  Elisabeth Layton* |
| | ELISABETH LAYTON (DC Bar No. 462227) |
| | Senior Counsel |
| | DEEPTHY KISHORE |
| | Trial Attorney (IL Bar No. 6306338) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW, Rm 7110 |
| | Washington, DC  20001 |
| | Tel: (202) 514-3183 | Fax: (202) 616–8470 |
| | Elisabeth.Layton@usdoj.gov |
| | |
| | *Counsel for Defendant* |