UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**METLIFE, INC.,**

      **Plaintiff,**

  v.                                 Civil Action No. 15-45 (RMC)

**FINANCIAL STABILITY**
**OVERSIGHT COUNCIL,**

      **Defendant.**
_____

## SCHEDULING ORDER

Having considered the consent motion by Defendant Financial Stability Oversight Council ("FSOC") for extension of time to respond to the Complaint and for entry of a scheduling order, for good cause shown it is hereby **ORDERED** that:

1. The deadline for the government to respond to the Complaint is extended through and including **May 7, 2015**.

2. No later than **May 7, 2015**, the government shall file any motion to dismiss and/or motion for summary judgment, and any certified list of the contents of the administrative record, if applicable, pursuant to Local Rule 7(n)(1).

3. No later than **May 18, 2015**, any amicus brief in support of FSOC's motion shall be filed.

4. No later than **June 16, 2015**, Plaintiff MetLife, Inc. ("MetLife") shall file its opposition to any motion to dismiss and/or motion for summary judgment filed by FSOC, and any cross-motion for summary judgment.

2

5. No later than **June 26, 2015**, any amicus brief in support of MetLife's opposition and/or motion shall be filed.

6. No later than **July 31, 2015**, FSOC shall file its opposition to any motion for summary judgment filed by MetLife, and its reply in support of its own motion to dismiss and/or motion for summary judgment.

7. No later than **August 21, 2015**, MetLife shall file a reply in support of its crossmotion for summary judgment.

8. No later than **August 28, 2015**, the parties shall jointly file an appendix of excerpts from the administrative record.

Date: March 30, 2015

                                                    /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge