IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METLIFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL STABILITY OVERSIGHT COUNCIL,<br><br>Defendant. | Civil Action No. 1:15-cv-45 (RMC) |

**NOTICE OF FILING OF REDACTED JOINT APPENDIX**

Pursuant to the Court's minute order of September 3, 2015, attached hereto as Exhibits 1–7 are the volumes of the public, redacted version of the Joint Appendix.

Respectfully submitted,

Dated: September 30, 2015

/s/ Eugene Scalia

Eugene Scalia (D.C. Bar No. 447524)
*Counsel of Record*
EScalia@gibsondunn.com
Amir C. Tayrani (D.C. Bar No. 490994)
Ashley S. Boizelle (D.C. Bar No. 1010322)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Indraneel Sur (D.C. Bar No. 978017)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Plaintiff MetLife, Inc.*