UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **METLIFE, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-0045 (RMC) |
| **FINANCIAL STABILITY OVERSIGHT COUNCIL,** | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the Sealed Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that MetLife, Inc.'s Cross Motion for Summary Judgment [Dkt. 40] is **GRANTED IN PART**, as to Counts IV, VI (in part) and VII, and **DENIED** in all other respects; and it is

**FURTHER ORDERED** that the Financial Stability Oversight Council's Motion to Dismiss or for Summary Judgment [Dkt. 17] is **DENIED**; and it is

**FURTHER ORDERED** that the Financial Stability Oversight Council's final determination is **RESCINDED** under 12 U.S.C. § 5323(h); and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of MetLife, Inc.; and it is

**FURTHER ORDERED** that the parties shall meet, confer, and file by April 6, 2016 a joint notice stating whether any portions of the Sealed Opinion should remain under seal.

If either party proposes redactions, it shall deliver to the Court a proposed public opinion and redline comparison for *in camera* review no later than April 6, 2016.

        This is a final appealable Order.  *See* Fed. R. App. P. 4.  This case is closed.


Date: March 30, 2016                                       /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge