# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**METLIFE, INC.,**

    Plaintiff,

  v.

**FINANCIAL STABILITY OVERSIGHT COUNCIL,**

    Defendant.

Civil Action No. 15–45 (RMC)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendant, the Financial Stability Oversight Council, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order (Doc. 106) and the opinion (Doc. 105) entered in this action on March 30, 2016, granting in part plaintiff's motion for summary judgment, denying defendant's motion to dismiss and for summary judgment, entering judgment in favor of plaintiff, and rescinding defendant's final determination under 12 U.S.C. § 5323(h); and from all rulings pertaining thereto.

Dated: April 8, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

SARAH LEVINE
Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

/s/ *Deepthy Kishore*
DEEPTHY KISHORE
ERIC B. BECKENHAUER

ELISABETH LAYTON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Tel: (202) 616–4448
Fax: (202) 616–8470
deepthy.c.kishore@usdoj.gov

*Counsel for Defendant*