# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **METLIFE, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-0045 (RMC) |
| | ) | |
| **FINANCIAL STABILITY OVERSIGHT COUNCIL,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that Better Markets' Motion to Intervene [Dkt. 89] is **GRANTED** by permission under Fed. R. Civ. P. 24(b); and it is

**FURTHER ORDERED** that Better Markets' application for an order to show cause is **DENIED**.

Date: May 25, 2016

/s/
ROSEMARY M. COLLYER
United States District Judge

1