| | |
|---|---|
| **No. 16-5188** | **September Term, 2017** |
| | 1:15-cv-00045-RMC |
| | Filed On: September 25, 2017 [1694412] |

MetLife, Inc.,

    Appellee

    v.

Financial Stability Oversight Council,

    Appellee

Better Markets, Inc.,

    Appellant

## M A N D A T E

    In accordance with the judgment of August 1, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                    BY:    /s/
                                              Ken R. Meadows
                                              Deputy Clerk

Link to the judgment filed August 1, 2017