# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 16-5188　　　　　　　　　　　　　　　September Term, 2016

FILED ON: AUGUST 1, 2017

METLIFE, INC.,
　　　　　　APPELLEE

v.

FINANCIAL STABILITY OVERSIGHT COUNCIL,
　　　　　　APPELLEE

BETTER MARKETS, INC.,
　　　　　　APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-00045)

Before: GARLAND, *Chief Judge*, and KAVANAUGH and SRINIVASAN, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed, the judgment be vacated, and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　　/s/

　　　Ken Meadows
　　　Deputy Clerk

Date: August 1, 2017

Opinion for the court filed by Chief Judge Garland.