UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METLIFE, INC., )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 15-45 (RMC)
 )
FINANCIAL STABILITY )
OVERSIGHT COUNCIL, )
 )
    Defendant. )

# ORDER

For the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that Better Markets' Motion to Unseal [Dkt. 121] is **DENIED**.

Date: September 18, 2018

ROSEMARY M. COLLYER
United States District Judge